# Profit & Loss

Properties: Stakar Future, LLC
Period 01/01/11 - 12/31/11  (cash basis)

| | |
|---|---:|
| **INCOME** | |
| 4100 Rental Income | |
|     4101 Rents Received | 159,275 |
|     4103 Late Fees | 1,423 |
|     4105 NSF Fee | 100 |
|     4100 Total Rental Income | 160,798 |
| 4200 Other Property Income | |
|     4203 Maintenance Tenant Reimbursement | 4,348 |
|     4200 Total Other Property Income | 4,348 |
| 4250 Utility Income | 4,486 |
| 4500 Bank Interest Income | 0 |
| **TOTAL INCOME** | **169,632** |
| **EXPENSE** | |
| 5000 General Expenses | |
|     5002 Gift | 211 |
|     5003 Legal, Professional Fees | 4,954 |
|     5004 Credit Reports | 136 |
|     5007 Subsciptions - Dues | 120 |
|     5009 Entertainment | 132 |
|     5030 Automobile | |
|         5031 Gas and Maintenance | 2,820 |
|         5032 Auto Insurance | 604 |
|         5033 Auto Maintenance | 562 |
|         5034 Auto Plate and Licensing | 281 |
|         5035 Truck Payment | 7,348 |
|         5036 Truck Rental | 570 |
|         5030 Total Automobile | 12,185 |
|     5050 Office Expense | |
|         5051 Office Supplies | 2,480 |
|         5053 Telephone | 2,322 |
|         5050 Total Office Expense | 4,803 |
|     5000 Total General Expenses | 22,540 |
| 5020 Bank Ser Chg. | 86 |
| 5100 Maintenance | |
|     5052 Rubbish Removal | 815 |
|     5103 Flooring Repair | 3,119 |
|     5104 General Maintenance | 14,849 |
|     5105 Cleaning | 857 |
|     5106 Make Ready | -672 |
|     5107 HVAC Cleaning and Servicing | 2,942 |
|     5108 Plumbing Repair | 3,604 |
|     5110 Lawn Maintenance | 2,450 |
|     5112 Electrical Repair | 5,531 |
|     6003 Misc Supplies | 22,663 |
|     5100 Total Maintenance | 56,158 |
| 5160 Utilities - Properties | |
|     5161 Water & Sewer | 3,736 |
|     5162 Gas & Electric | 6,541 |
|     5163 Tenant Sewer Lien | 44 |
|     5160 Total Utilities - Properties | 10,321 |
| 5250 Other Expenses | 2,070 |
| 5325 Misc Rental Expense | |
|     5326 Equipment Rental | 71 |
|     5325 Total Misc Rental Expense | 71 |
| 5400 Insurance | |

|  |  |
|---|---:|
| 5401 Umbrella Policy | 889 |
| 5402 Property | 11,570 |
| 5403 Tenant Liability | -152 |
| 5406 Insurance Billing Service Charge | 15 |
| 5400 Total Insurance | 12,322 |
| 5550 Real Estate Tax | 8,879 |
| **TOTAL EXPENSE** | **112,449** |
| **NOI** | **57,184** |
| **NON OPERATING EXPENSE** | |
| 5600 Rental Permanent Mortgage | |
| 2022 Bloomfiled Mortgage | 25,481 |
| 5600 Other Rental Permanent Mortgage | 6,097 |
| 5600 Total Rental Permanent Mortgage | 31,579 |
| 5800 Remodel and Construction Cost | |
| 5805 Capital Expenses | |
| 5806 Cap Exp Office Supply | 1,847 |
| 5805 Total Capital Expenses | 1,847 |
| 6007 Alarm System Installation | 4,184 |
| 5800 Total Remodel and Construction Cost | 6,030 |
| 9501 Health Insurance | 3,330 |
| **TOTAL NON OPERATING EXPENSE** | **40,939** |
| **NET INCOME** | **16,245** |
| **NET INCOME SUMMARY** | |
| Income | 169,632 |
| Expense | -112,449 |
| Other Income & Expense | 0 |
| Net Operating Income | 57,184 |
| Non Operating Expense | -40,939 |
| **NET INCOME** | **16,245** |

I affirm under penalties for perjury that the foregoing is true accurate and complete as of December 20, 2011

_____

Karen Young, managing member, Stakar Future, LLC